UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LULIT MULUGETA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case # 1:17-cv-00649-LO-IDD |
| | ) | |
| SAMUEL TAFESSE ADEMACHEW | ) | Hearing: February 11, 2019 |
| | ) | |
| Defendant. | ) | |

**PRAECIPE REGARDING DEFENDANT'S APPEARANCE AT TRIAL.**

Pursuant to Court Order, Defendant, Samuel Tafesse Ademachew, hereby notifies the Court and opposing counsel that, as indicated in his prior Opposition to the Plaintiff's Motion to Continue the Trial Date, he is unable to travel from Ethiopia to attend the trial hearing on February 11, 2019. Defendant respectfully submits that he is available for testimony via telephone connection on February 11 or at a later date. Defendant regrets his inability to attend the hearing on January 22, 2019, but he has been attending to his elderly mother who remains gravely ill. Plaintiff's counsel's unsubstantiated assertion in Court that Defendant was hosting an Epiphany celebration party in Addis Ababa is not true.

January 25, 2019                                     Respectfully submitted,

  /s/   David H. Dickieson
David H. Dickieson, VA Bar #31768
Schertler & Onorato, LLP
501 New York Avenue, NW, Suite 500
Washington, DC  20001
202-628-4199
202-628-4177 Facsimile
*Counsel for Defendant Ademachew*

1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing was, this 25th day of January, 2019, served upon the following counsel via the Courts electronic filing system - ECF:

      Haig V. Kalbian
      D. Michelle Douglas
      Evan M. Lisull
      Kalbian Hagerty LLP
      888 17th Street, NW, Suite 1000
      Washington, DC  20006
      hkalbian@kalbianhagerty.com
      mdouglas@kalbianhagerty.com
      elisull@kalbianhagerty.com

      /s/    David H. Dickieson
      David H. Dickieson