UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LULIT MULUGETA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL TAFESSE ADEMACHEW )<br>)<br>Defendant. ) | Case # 1:17-cv-00649-LO-IDD |

NOTICE OF HEARING ON DEFENDANT'S
MOTION FOR LEAVE TO SUPPLEMENT RECORD

PLEASE TAKE NOTICE that Defendant Samuel Tafesse Ademachew, by his counsel, will argue his Motion for Leave to File Supplement on Friday, June 14, 2019 at 10:00 a.m.

Respectfully submitted,

/s/ David H. Dickieson
David H. Dickieson VA Bar #31768
Schertler & Onorato, LLP
901 New York Avenue NW
Suite 500 West,
Washington, DC 20001
Phone: (202) 628-4199
Facsimile: (202) 628-4177

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2019, a copy of the foregoing was served upon all counsel of record by the Court's ECF system.

/s/ David Dickieson
David Dickieson